**Stanley Francis SILVA, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 21978.**

United States Court of Appeals
Ninth Circuit.

April 16, 1968.

Milton W. B. Choy (argued), Honolulu, Hawaii, for appellant.

Michael D. Hong (argued), Asst. U. S. Atty., Yoshimi Hayashi, U. S. Atty., James F. Ventura, Asst. U. S. Atty., Honolulu, Hawaii, for appellee.

Before CHAMBERS, BARNES and HAMLIN, Circuit Judges.

PER CURIAM:

The defendant's in-custody confession was inadmissible for lack of a *Miranda*-type warning, inasmuch as his trial was commenced post-*Miranda*. Miranda v. State of Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966).

The judgment of conviction is reversed and the case remanded for a new trial. Johnson v. State of New Jersey, 384 U.S. 719, 721, 86 S.Ct. 1772, 16 L.Ed.2d 882 (1966). Cf. Groshart v. United States, 392 F.2d 172, (9th Cir. 1968).